# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                          Case No.  6:08-cr-167-Orl-18KRS

ALBERTO PACHECO-VALLE

---

### ACCEPTANCE OF PLEA OF GUILTY AND
### ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge on September 11, 2008, there being no timely objection, the plea of guilty of the Defendant to Count One (1) of the Indictment is now accepted and the Defendant is ADJUDGED GUILTY of such offense(s). A sentencing hearing has been scheduled and will be conducted pursuant to separate notice.

**DONE** and **ORDERED** in Orlando, Florida this _____ day of September, 2008.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
Donald West, AFPD
Alberto Pacheco-valle